# EXHIBIT A

# Regenerative Medicine: Good For Your Animals & Good For Your Business!



**MEDIVET AMERICA**
ADVANCED STEM CELL TECHNOLOGIES

The World's Largest Animal Stem Cell Company would like to offer you this exclusive limited time offer:

Become An In-House Stem Cell Referral Practice Today

## 90-Day Deferred Payment
### No Payment Until Summer!

8 x Adipose Stem Cell Procedure Kit
MediVet Shaking Hot Water Bath
MediVet Cycle 360 Centrifuge
MediVet Stem Cell L.E.D.
MediVet Vacuum Pump

**Total Cost: $11,860.00**

- On-Site Training Available
- 6 Months of Personalized Promotional Mailers
- Free Clinic Media Launch
- Exclusive Veterinary Online Login
- Referral Clinic Listing On Website

$2,000  x  52  =  $104,000
Suggested Cost to Patient — 1 Procedure Each Week — Total Yearly Revenue

**Start Making Money Today & Pay For Your Investment Later!**

## Call TODAY for more information!
# 1-800-365-9168

info@medivet-america.com    www.medivet-america.com

As Seen On: 

