**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 12 CV 3204 |
| v. | ) ) | Honorable Judge Myerscough |
| MEDIVET-AMERICA, LLC, MEDIVET, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Cudmore |
| Defendants. | ) ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dr. Mark W. Sturdy d/b/a Rochester Veterinary Clinic ("Plaintiff"), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendants with prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

                                                                                        s/ Dulijaza Clark
                                                                                        Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

    I, Dulijaza Clark, certify that on January 14, 2013, I caused a true and accurate copy of the foregoing document to be served via U.S. Mail on the following party:

    Medivet America, LLC
    Medivet Lab, LLC
    Attn: Jeremy Delk
    200 Moore Drive
    Nicholasville, KY 40356

    s/ Dulijaza Clark
    Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)